IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

# FILED

**OCT 0 4 2013**

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NUMBER: 13- mj- 7081 |
| | ) |
| JUSTIN A. VANGILDER, | ) Title 26, United States Code, |
| | ) Sections 5845(a),(f), 5861(d), 5871 |
| | ) |
| Defendant. | ) |

## COMPLAINT

I, Sanela Konjevic, Special Agent with the Federal Bureau of Investigation, being duly sworn, state upon oath that the following are true and correct to the best of my knowledge and belief:

### COUNT 1

#### POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICE – PIPE BOMB A

On or about October 3, 2013, in St. Clair County, within the Southern District of Illinois,

#### JUSTIN A. VANGILDER,

Defendant herein, knowingly possessed a firearm – namely, an explosive destructive device, more commonly known as a "pipe bomb," containing one metal pipe with end caps containing energetic material, smokeless powder, fuses, and shrapnel – not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT 2

#### POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICE – PIPE BOMB B

On or about October 3, 2013, in St. Clair County, within the Southern District of Illinois,

#### JUSTIN A. VANGILDER,

1

Defendant herein, knowingly possessed a firearm – an explosive destructive device, more commonly known as a "pipe bomb," containing one plastic pipe with end caps containing energetic material, smokeless powder, fuses, and shrapnel – not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT 3

### POSSESSION OF UNREGISTERED DESTRUCTIVE DEVICE – PIPE BOMB C

On or about October 3, 2013, in St. Clair County, within the Southern District of Illinois,

### JUSTIN A. VANGILDER,

Defendant herein, knowingly possessed a firearm – an explosive destructive device, more commonly known as a "pipe bomb," containing one plastic pipe with end caps containing energetic material, smokeless powder, fuses, and shrapnel – not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## AFFIDAVIT

I, Sanela Konjevic, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn, depose and say:

I am a Special Agent with the FBI, having been so employed for approximately three years. Previously, I was employed as a law enforcement officer with a local law enforcement police agency in Missouri for approximately nine years. I have investigated hundreds of cases involving violent crimes.

This affidavit is made in support of a criminal complaint and arrest warrant. The facts contained herein are based upon information of my own personal knowledge, as well as observations and facts related to me by witnesses and other law enforcement officers involved in this investigation. Because this affidavit is being submitted for the limited purpose of

establishing probable cause for this arrest, the affidavit does not contain every fact known to me during the course of this investigation.

I have been and am conducting an investigation regarding the commission of an offense in violation of Title 26, United States Code, Section 5861(d), 5871 and other sections of the United States criminal statutes. The facts to support the issuance of an arrest warrant are as follows, which are known to me personally or through reports of investigation made to me by other law enforcement agents, and through witness interviews.

Extensive investigation, throughout the time period in question, has shown that Justin A. VANGILDER has possessed unregistered firearms. Among these facts, investigated and verified by law enforcement agents are:

### CW's INITIAL REPORT TO LAW ENFORCEMENT ON 10/3/13

On October 3, 2013, a Cooperating Witness (CW) reported to the Office of Special Investigations of the United States Air Force that the CW visited the residence of Justin VANGILDER at 10 Twin Oaks Drive, Shiloh, Illinois, on the evening of October 2, 2013. At the residence, VANGILDER showed the CW items including multiple pipe bombs contained in a briefcase, a zip lock bag of shotgun shells, a zip lock bag of razors, screws and shrapnel, and propane cylinders. VANGILDER stated to the CW that the purpose of these materials was to inflict as many casualties as possible. VANGILDER further revealed to the CW that he was suicidal. VANGILDER indicated to the CW that the briefcase containing the pipe bombs was a "last resort." VANGILDER then proceeded to explain to the CW his fantasies of killing child molesters and that he had detailed personal information of sex offenders in the local area. VANGILDER expressed to the CW his disappointed concerning his parents for not supporting him during his recent divorce.

3

## INTERVIEW WITH VANGILDER ON 10/3/13

On October 3, 2013, Special Agents with the FBI conducted an interview with VANGILDER, who was detained by the Shiloh Police Department in connection with the investigation regarding the pipe bombs. After being advised of his *Miranda* rights, VANGILDER waived his rights through a written and oral waiver. At the interview, VANGILDER confessed to possession of three pipe bombs. VANGILDER claimed he made two of the pipe bombs at the age of eighteen with plastic PVC, shotgun powder and pellets, razor blades and other metal shrapnel. VANGILDER also stated that he made a third pipe bomb with a metal pipe in the last year but was uncertain if it contained gun powder. VANGILDER stated that he knew possession of the pipe bombs was illegal. VANGILDER confirmed that the three pipe bombs were currently in his residence at 10 Twin Oaks Drive, Shiloh, Illinois. VANGILDER further provided locations and descriptions of the items which were in his residence. VANGILDER provided a written and oral consent to the search of the entirety of his residence with the exception of his personal computer.

Later that evening, on October 3, 2013, a Special Agent with the FBI further questioned VANGILDER. VANGILDER stated that he did not register the pipe bombs with the National Firearms Registration and Transfer Record.

## SEARCH OF VANGILDER'S HOUSE ON 10/3/13

On October 3, 2013, Special Agents and Task Force Officers with the FBI and Special Agents with the Office of Special Investigations of the United States Air Force conducted a search of VANGILDER's residence at 10 Twin Oaks Drive, Shiloh, Illinois, pursuant to a written and oral consent of the search by VANGILDER. Bomb technicians with the FBI cleared and secured VANGILDER's residence. During this process, the bomb technicians located one metal

4

and two PVC plastic pipe bombs, inside a large brown leather briefcase on the floor, next to the closet of the computer room. All three pipe bombs had a hobby fuse sticking out of one end. The three pipe bombs also contained different sized birdshots and nails, and energetic material which contained what appeared to be smokeless powder.

SANELA KONJEVIC
Special Agent, FBI


STEPHEN R. WIGGINTON
United States Attorney

JUNGMIN LEE
SPECIAL ASSISTANT UNITED STATES ATTORNEY


State of Illinois            )
                             )   ss
County of St. Clair          )

Sworn to before me, and subscribed in my presence on the 4th day of October, 2013, at East St. Louis, Illinois.

STEPHEN C. WILLIAMS
United States Magistrate Judge